**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                Case No: 6:17-cv-2042-Orl-28KRS

**APPROXIMATELY $64,470 and
RICHARD THOMAS JAQUEZ,**

    **Defendants.**

## ORDER

This case is before the Court on the United States' Motion for Default Judgment of Forfeiture (Doc. 14). The assigned United States Magistrate Judge has submitted a Report (Doc. 15) recommending that the motion be granted, that a default judgment be entered, and that the case be closed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The United States' Motion for Default Judgment of Forfeiture (Doc. 14) is **GRANTED**.

3. The Clerk is directed to enter a default judgment forfeiting to the United States all right, title, and interest in the Defendant Funds ($64,470). After entering the default judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 28, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties